Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JONATHAN DAVIDSON )
) Case No: 5:16-cv-01928
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
HEWLETT-PACKARD COMPANY ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

I, DANIELLE K. HERRING, an active member in good standing of the bar of TEXAS, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Hewlett-Packard Company, et al in the above-entitled action. My local co-counsel in this case is Marina C. Gruber, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Littler Mendelson, 1301 McKinney Street, Suite 1900, Houston, Texas  77010 | Littler Mendelson, 50 W. San Fernando St., 15th Floor,  San Jose, California 95113 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (713) 951-9400 | (408) 795-3422 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| dherring@littler.com | mgruber@littler.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24041281.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/01/16

DANIELLE K. HERRING
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of DANIELLE K. HERRING is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/4/2016

UNITED STATES DISTRICT JUDGE