| | |
|---|---|
| 1 | DANIELLE K. HERRING, Bar No. 24041281 |
| | (admitted *pro hac vice*) |
| 2 | dherring@littler.com |
| | LITTLER MENDELSON, P.C. |
| 3 | 1301 McKinney Street |
| | Suite 1900 |
| 4 | Houston, Texas 77010 |
| | Telephone: 713.951.9400 |
| 5 | Facsimile: 713.951.9212 |
| 6 | COOPER J. SPINELLI, Bar No. 299299 |
| | cspinelli@littler.com |
| 7 | LITTLER MENDELSON, P.C. |
| | 50 W. San Fernando, 15th Floor |
| 8 | San Jose, California 95113.2303 |
| | Telephone: 408.998.4150 |
| 9 | Facsimile: 408.288.5686 |
| 10 | ANDREW EPSTEIN, CO Bar No. 50530 |
| | (admitted *pro hac vice*) |
| 11 | aepstein@littler.com |
| | LITTLER MENDELSON, P.C. |
| 12 | 1900 Sixteenth Street, Suite 800 |
| | Denver, Colorado 80202 |
| 13 | Telephone: 303.362.6200 |
| | Facsimile: 303.484.4352 |
| 14 | |
| | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JONATHAN DAVIDSON, | | **CASE NO. 5:16-cv-01928-EJD** |
| | Plaintiff, | **DEFENANTS' REQUEST FOR TELEPHONIC APPEARANCE AT JUNE 29, 2017 STATUS CONFERENCE RE: SETTLEMENT AND [~~PROPOSED~~] ORDER GRANTING REQUEST** |
| v. | | |
| HEWLETT-PACKARD COMPANY, HEWLETT-PACKARD ENTERPRISE, UNITED HEATLHCARE, UNITED HEALTHCARE SERVICES, INC., UNITED HEALTH GROUP, DR. ANGELIQUE GREEN, DR. PETER STANGEL AND DR. EDWARD GREENBERG, | | Date: June 29, 2017<br>Time: 10:00 a.m.<br>Courtroom: 4<br>Judge: Honorable Edward J. Davila |
| | Defendants. | |

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Case No. 5:16-cv-01928-EJD

REQUEST FOR TELEPHONIC APPEARANCE AT STATUS CONFERENCE RE: SETTLEMENT

**REQUEST FOR TELEPHONIC APPEARANCE AT JUNE 29, 2017, STATUS CONFERENCE RE: SETTLEMENT**

Defendants hereby request, pursuant to Local Rule 16-10(a), the Court's permission for Danielle K. Herring, defense counsel for this case, to appear telephonically at the June 29, 2017 Status Conference Re: Settlement. Ms. Herring is the lead attorney on this matter for Defendants. Ms. Herring resides in Houston, Texas and therefore requests telephonic attendance for the Status Conference. Cooper J. Spinelli, co-counsel for Defendants, will attend in person at the Status Conference Re: Settlement. Accordingly, Defendants and defense counsel would greatly appreciate the Court's permission for Ms. Herring to attend telephonically on this occasion.

Dated: June 16, 2017

*/s/Cooper J. Spinelli*
DANIELLE K. HERRING
COOPER J. SPINELLI
LITTLER MENDELSON, P.C.
Attorneys for Defendants

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.     Case No. 5:16-cv-01928-EJD

REQUEST FOR TELEPHONIC APPEARANCE AT STATUS CONFERENCE RE: SETTLEMENT

# [PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT JUNE 29, 2017 STATUS CONFERENCE RE: SETTLEMENT

Defendants have requested the Court's permission for DANIELLE K. HERRING, lead defense counsel for this case, to appear telephonically at the June 29, 2017 Status Conference Re: Settlement.

IT IS HEREBY ORDERED that, after full consideration of this request, Defendants' request for Ms. Herring to appear telephonically at the June 29, 2017 Case Management Conference is GRANTED.

The Court hereby orders that Ms. Herring dial-in to telephone number _____ on June 29, 2017, at 10:00 a.m. Pacific Standard Time to attend the Status Conference Re: Settlement

IT IS SO ORDERED.

Dated: June 19, 2017

_____
JUDGE EDWARD J. DAVILA
U.S. DISTRICT COURT JUDGE

Firmwide:148240368.1 066902.1106

The parties are directed to contact Court Call Phone Conferencing at (866) 582-6878 in advance of the hearing to schedule a telephonic appearance

LITTLER MENDELSON, P.C.
1301 McKinney Street
Suite 1900
Houston, TX 77010
713.951.9400

Case No. 5:16-cv-01928-EJD

REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE