JONATHAN DAVIDSON, pro se
5675 Via Junipero Serra
Riverside, California 92506
Telephone: (858) 531-7578
Telefacsimile: (951) 823-0410
Email address: law.davidson@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RECEIVED JUN 2 3 2017 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

| | |
|---|---|
| JONATHAN DAVIDSON, pro se, <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, HEWLETT-PACKARD ENTERPRISE, UNITED HEATLHCARE, UNITED HEALTHCARE SERVICES, INC., UNITED HEALTH GROUP INCORPORATED, UNITED HEALTHCARE INSURANCE COMPANY, DR. ANGELIQUE GREEN, DR. PETER STANGEL, DR. EDWARD GREENBERG, DR. LAUREN STANDIG and DOES 1 through 50, <br><br> Defendants. | CASE NO. 5:16-cv-01928-EJD <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC PARTICIPATION <br><br> Date: June 29, 2017 <br><br> Time: 10:00 a.m. <br><br> Courtroom: 4 <br><br> Before: The Honorable Edward J. Davila |

**[PROPOSED] ORDER**

Plaintiff has requested the Court's permission for Jonathan Davidson to appear telephonically at the June 29, 2017 Case Management Conference in this case.

IT IS HEREBY ORDERED that, after full consideration of this request, Plaintiff's request for Mr. Davidson to appear telephonically, with the assistance of his authorized

3

representative Corinna Davidson, at the June 29, 2017 Case Management Conference is GRANTED.

The Court hereby orders that Plaintiff shall arrange for telephonic participation in the June 29 Conference at 10:00 a.m. Pacific Standard Time through CourtCall.

**IT IS SO ORDERED.**

Dated: __June 26__, 2017

_____
Honorable Edward J. Davila
UNITED STATES DISTRICT JUDGE