UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN DAVIDSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEWLETT-PACKARD COMPANY, et al.,<br><br>　　　　Defendants. | Case No.　5:16-cv-01928-EJD<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |

　　　Pursuant to ADR Local Rule 7-2, the above-entitled case is referred to Magistrate Judge Nathanael M. Cousins for a settlement conference to occur no later than December 1, 2017. The parties shall contact Judge Cousins's Courtroom Deputy to arrange a date and time for the conference.

**IT IS SO ORDERED.**

Dated: September 18, 2017

　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 5:16-cv-01928-EJD
ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE
1